THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE D. ROBINSON, Appellant.

Submitted July 26, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Bruce E. Knoll, Esq., PO Box 2072, Empire State Plaza Station, Albany, New York 12220 assigned as counsel to the appellant on the appeal herein.